ANTONIO MASSA, Respondent, v. NIPPON YUSEN KAISHA, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Town-

* Modified, 264 N. Y. 283.

ley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes for reversal and a new trial.